S 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
BMG MUSIC; LAVA RECORDS, LLC; PRIORITY RECORDS LLC; ARISTA RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; SONY MUSIC ENTERTAINMENT INC.; LONDON-SIRE RECORDS INC.; CAPITOL RECORDS, INC.; FONOVISA, INC.; INTERSCOPE RECORDS; ELEKTRA ENTERTAINMENT GROUP INC.; LOUD RECORDS, LLC; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; MOTOWN RECORD COMPANY, L.P.; MAVERICK RECORDING CO.; and ATLANTIC RECORDING CORP.

**(b)** County of Residence of First Listed Plaintiff_____
(EXCEPT IN U.S. PLAINTIFF CASES)
NEW YORK, NEW YORK

**(c)** Attorneys (Firm Name, Address, and Telephone Number)
Vincent V. Carissimi (No. 42227)    Tel: (215) 981-4000
Barbara L. Delaney (No. 86160)      Fax: (215) 981-4750
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

**DEFENDANTS**
DOES 1 - 203
County of Residence of First Listed Defendant_____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an 'X' in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW 405(g) | ☐ 893 Environmental Matters |
| | | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
*17 U.S.C. § 501 et seq. – copyright infringement*

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ Statutory damages; injunction   CHECK YES only if demanded in complaint   JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions) N/A   JUDGE_____ DOCKET NUMBER_____

DATE 2-17-04    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT#_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA – DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _____ See Attachment A _____
Address of Defendant: _____ Unknown _____
Place of Accident, Incident or Transaction: _____ Via internet through Philadelphia-based Internet Service Provider _____
*(Use Reverse Side for Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed. R.Civ. P. 7.1(a))   Yes ☒   No ☐

Does this case involve multidistrict litigation possibilities?   Yes ☐   No ☒
**RELATED CASE, IF ANY:**
Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a parent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes ☐   No ☒

Civil (Place √ in ONE CATEGORY ONLY):

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Notice Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases (Please specify) Copyright

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability -- Asbestos
9. ☐ All other Diversity Cases (Please specify)

**ARBITRATION CERTIFICATION**
*(check appropriate Category)*

I, Vincent V. Carissimi, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule Issue 53.2, Section 3 (c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE: 2-17-04                              Attorney-at-Law                              42227
                                                                                        Attorney I.D. #

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C/P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 2-17-04

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## ATTACHMENT A

Arista Records, Inc.
888 Seventh Avenue, 40th Floor
New York, NY 10019

Atlantic Recording Corporation
1290 Avenue of the Americas
New York, NY 10014

BMG Music
1540 Broadway
New York, NY 10036

Capitol Records, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011

Elektra Entertainment Group
75 Rockefeller Plaza
New York, NY 10019

Fonovisa, Inc.
5820 Canoga Avenue
Suite 300
Woodland Hills, CA 91367

Interscope Records
2220 Colorado Avenue
Santa Monica, CA 90404

Lava Records
1290 Avenue of the Americas
New York, NY 10014

London-Sire Records Inc.
75 Rockefeller Plaza
New York, NY 10019

Loud Records LLC
215 Park Avenue South
New York, NY 10003

Maverick Recording Company
9348 Civic Center Drive
Beverly Hills, CA 90210

Motown Record Company, L.P.
1755 Broadway, 6th Floor
New York, NY 10019

Priority Records LLC
1750 N. Vine
Los Angeles, CA 90028

Sony Music Entertainment Inc.
550 Madison Avenue
New York, NY 10022-3211

UMG Recordings
2220 Colorado Avenue
Santa Monica, CA 90404

Virgin Records America, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011

Warner Bros. Records Inc.
3300 Warner Blvd.
Burbank, CA 91505

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BMG MUSIC, a New York general partnership; LAVA RECORDS, LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; ARISTA RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; LONDON-SIRE RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; FONOVISA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; LOUD RECORDS, LLC, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; MAVERICK RECORDING COMPANY, a California joint venture; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>DOES 1 - 203,<br><br>      Defendants. | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | Civil Action<br>No.: _____ |

**DISCLOSURE STATEMENT FORM**

## DISCLOSURE STATEMENT FORM

Please check one box:

☐     The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒     The nongovernmental corporate parties, all Plaintiffs, in the above listed civil action have the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____See Attachment A_____

_____

_____

2-17-04

Date                                                Signature

Counsel for: Plaintiffs

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE NONGOVERNMENTAL CORPORATE PARTY: A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1)     file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response or other request addressed to the court, and
    (2)     promptly file a supplemental statement upon any change in the information that the statement requires.

2

## DISCLOSURE STATEMENT FORM

## ATTACHMENT A

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify below persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent and subsidiary corporations, or other legal entities that are financially interested in the outcome of the case, as well as all publicly held corporations that own 10% or more of any Plaintiff's stock.

Plaintiff BMG MUSIC is a unit of Bertelsmann, Inc. and Bertelsmann AG, neither of which are publicly traded.

Plaintiff LAVA RECORDS LLC is a joint venture between Diamond Music LLC, which is not publicly traded, and Atlantic Recording Corporation, whose parent, Time Warner Inc., is publicly traded in the United States.

Plaintiff PRIORITY RECORDS LLC's parent is EMI Group PLC, which is publicly traded in the U.K.

Plaintiff ARISTA RECORDS, INC. is a unit of Bertelsmann, Inc., which is not publicly traded.

Plaintiff VIRGIN RECORDS AMERICA, INC's parent is EMI Group PLC, which is publicly traded in the U.K.

3

Plaintiff SONY MUSIC ENTERTAINMENT INC.'s parent company is Sony Corporation of America, which is publicly traded in the United States.

Plaintiff LONDON-SIRE RECORDS INC. is a subsidiary of Warner Communications Inc.; Time Warner Companies Inc.; and, Time Warner Inc., which is publicly traded in the United States.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff FONOVISA, INC. is a subsidiary of Univision Music, Inc.; and, Univision Communications, Inc., which is publicly traded in the United States.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC. is a subsidiary of Warner Communications Inc.; Time Warner Companies Inc.; and, Time Warner Inc., which is publicly traded in the United States.

Plaintiff LOUD RECORDS, LLC is a subsidiary of Sony Corporation of America, which is publicly traded in the United States.

Plaintiff WARNER BROS. RECORDS INC.'s parent corporations are Warner Communications Inc.; Time Warner Companies Inc.; and, Time Warner Inc., which is publicly traded in the United States.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff MOTOWN RECORD COMPANY, L.P. is a subsidiary of Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff MAVERICK RECORDING COMPANY is a joint venture between Maverick Records, which is not publicly traded, and Warner Bros. Records Inc., whose parent is Time Warner Inc., which is publicly traded in the U.S.

Plaintiff ATLANTIC RECORDING CORPORATION is a subsidiary of Warner Communications Inc.; Time Warner Companies Inc.; and, Time Warner Inc., which is publicly traded in the United States.

Dated: 2-17-04

Vincent V. Carissimi (No. 42227)
Barbara L. Delaney (No. 86160)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103

Attorneys for Plaintiffs

5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | |
|---|---|
| BMG MUSIC, a New York general partnership; LAVA RECORDS, LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; ARISTA RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; LONDON-SIRE RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; FONOVISA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; LOUD RECORDS, LLC, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; MAVERICK RECORDING COMPANY, a California joint venture; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, <br><br>        Plaintiffs, <br><br>  v. <br><br>DOES 1 - 203, <br><br>        Defendants. | CIVIL ACTION NO. |

      In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

| | | |
|---|---|---|
| (a) | Habeas Corpus – Cases brought under 28 U.S.C. §2241 THROUGH §2255 | ( ) |
| (b) | Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying a plaintiff Social Security Benefits | ( ) |
| (c) | Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. | ( ) |
| (d) | Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos | ( ) |
| (e) | Special Management – cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) | ( ) |
| (f) | Standard Management – Cases that do not fall into any one of the other tracks. | (x) |

_2-17-04_  **Vincent V. Carissimi**
Date          Attorney-at-Law          Attorney for Plaintiffs

(215) 981-4000          (215) 981-4750          carissimiv@pepperlaw.com
Telephone               FAX Number              E-Mail Address

(Civ. 660) 10/02

2

**Civil Justice Expense and Delay Reduction Plan**
**Section 1:03 – Assignment to a Management Track**

a) The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

b) In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

c) The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

d) Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

e) Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

**SPECIAL MANAGEMENT CASE ASSIGNMENTS**
**(See §1.02(e) Management Track Definitions of the**
**Civil Justice Expense and Delay Reduction Plan)**

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

3