```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| BMG MUSIC, et al. : | |
| : | |
| Plaintiffs : | |
| : | |
| : | |
| : | |
| DOES 1-203 : | CIVIL ACTION NO. |
| : | 2:04-CV-00650-CN |
| : | (Judge Clarence Newcomer) |
| Defendants : | |
| : | |

<u>ENTRY OF APPEARANCE</u>

TO THE CLERK OF THE COURT:

    Kindly enter our appearance in the above matter, on behalf of third-party witness Comcast Cable Communications, LLC.

                              MILLER, ALFANO & RASPANTI, P.C.

                              By:_____
                                  KENNETH A. MURPHY, ESQUIRE
                                  1818 Market Street
                                  I.D. #58162
                                  Suite 3402
                                  Philadelphia, PA  19103
                                  215-972-6400

                                  Attorney For Comcast Cable
                                  Communications, LLC

Dated: February 19, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance has been served on this date upon the following individual and in the manner indicated below:

VIA FACSIMILE AND FIRST CLASS MAIL

    Vincent V. Carissimi, Esquire
    Pepper Hamilton LLP
    3000 Two Logan Square
    18th & Arch Streets
    Philadelphia, PA 19103

    MILLER, ALFANO & RASPANTI, P.C.

By:_____
    KENNETH A. MURPHY, ESQUIRE
    I.D. #58162
    1818 Market Street
    Suite 3402
    Philadelphia, PA  19103
    215-972-6400

    Attorney For Comcast Cable Communications, LLC.

Dated:    February 19, 2004

F:\PBL\KAM\Comcast-BMG Music\ma0001.Entry Appearance.wpd