## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of February, 2004, I caused copies of the foregoing

Motion for Leave To File as Amici Curiae, Proposed Order, and Proposed Memorandum of

Amici Curiae to be served by first-class mail, postage prepaid, on counsel for plaintiffs as

follows:

Vincent Carissimi, Esquire
Pepper Hamilton
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103


Charlotte Garden

Public Citizen Litigation Group
1600 - 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000

Attorney for Public Citizen

February 23, 2004