UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BMG MUSIC, et al.,                          )
                                            )
            Plaintiffs,                     )
                                            )
            v.                              )          No. 04-CV-650
                                            )
DOES 1-203,                                 )
                                            )
            Defendants.                     )

**ORDER**

The motion of Public Citizen, American Civil Liberties Union, Electronic Frontier

Foundation, and ACLU of Pennsylvania for leave to file a memorandum as amici curiae is granted.


Dated: February __, 2004          _____
                                  United States District Judge