```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| BMG MUSIC, *et al.* | : | CIVIL ACTION |
| | : | |
|     Plaintiffs | : | NO.  04-650 |
| | : | |
| v. | : | |
| | : | |
| DOES 1-203, | : | |
| | : | |
|     Defendants. | : | |

### O R D E R

AND NOW, this     day of April, 2004, upon consideration of the Motion of Public Citizen, American Civil Liberties Union, Electronic Frontier Foundation, and ACLU of Pennsylvania for Leave to File a Memorandum as Amici Curiae (Doc. 5) ("ACLU's Motion"), and Plaintiffs' Response, it is hereby ORDERED that said Motion is GRANTED.

AND IT IS SO ORDERED.

                                                  _____
                                                Clarence C. Newcomer, S.J.