


# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and ARISTA RECORDS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br><br>    Defendant. | Civil Action<br>No.: 04-CV-650<br><br>**FILED**<br>JUL - 1 2004<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

## FIRST AMENDED DISCLOSURE STATEMENT FORM

# FIRST AMENDED DISCLOSURE STATEMENT FORM

Please check one box:

☐     The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒     The nongovernmental corporate parties, all Plaintiffs, in the above listed civil action have the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____ See Attachment A _____

_7-1-04_                         _[signature]_
Date                                    Signature

Counsel for: _Plaintiffs_

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE NONGOVERNMENTAL CORPORATE PARTY: A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1)     file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response or other request addressed to the court, and
        (2)     promptly file a supplemental statement upon any change in the information that the statement requires.

## DISCLOSURE STATEMENT FORM
## ATTACHMENT A

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs identify below persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent and subsidiary corporations, or other legal entities that are financially interested in the outcome of the case, as well as all publicly held corporations that own 10% or more of any Plaintiff's stock.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff SONY MUSIC ENTERTAINMENT INC.'s parent company is Sony Corporation of America, which is publicly traded in the United States.

Plaintiff ATLANTIC RECORDING CORPORATION's parent corporation is WMG Parent Corp., which is not publicly traded.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., which is publicly traded in the United States.

Plaintiff ARISTA RECORDS, INC. is a unit of Bertelsmann, Inc., which is not publicly traded.