IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BMG Music et al V. John Doe #1 | Civil Action No. 04-0650 |
| BMG Music V. Does 1-3 | Civil Action No. 04-1240 |
| Virgin Records America V. Does 1-9 | Civil Action No. 04-1239 |
| Motown Record Company V. Depietro | Civil Action No. 04-2246 |

## ORDER

AND NOW, this        day of July, 2004, it is hereby ordered that the above captioned cases are referred to the Honorable Cynthia M. Rufe for monitoring and coordination of the status of discovery, scheduling of arbitration hearings, settlement negotiations, and trial date, and it is

FURTHER ORDERED, that the above captioned cases shall remain on the calendar of the Judge to whom it was assigned at the time of filing, until further order of the court.

FOR THE COURT:

_____
JAMES T. GILES
Chief Judge