**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| BMG MUSIC, et. al. | : | Civil Action No. |
|    Plaintiffs, | : | 04-0650 |
|       v. | : |  |
| JOHN DOE, | : |  |
|    Defendant. | : |  |

**ENTRY OF APPEARANCE**

Kindly enter appearance of Paula K. Knudsen as counsel for amicus curiae in this action:

Paula K. Knudsen
ACLU of Pennsylvania
105 N. Front Street, Suite 225
Harrisburg, PA 17101
(717) 236-6827
(717) 236-6895 (fax)
pknudsen@aclupa.org


*/s/ Paula K. Knudsen*
_____
Paula K. Knudsen

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing document upon the persons and in the manner indicated below:

By electronic means:

Vincent Carissimi
Pepper Hamilton
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

/s/ Paula K. Knudsen

_____
Paula Knudsen

Dated:  November 3, 2004