# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BMG MUSIC, et. al. | : | Civil Action No. |
|     Plaintiffs, | : | 04-0650 |
|         v. | : | |
| JOHN DOE, | : | |
|     Defendant. | : | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Malia Brink as counsel for amicus curiae in the above listed action.

/s/

_____

Malia Brink