IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 04-CV-0650 |
| | : | |
| JOHN DOE, | : | |
| | : | |
| Defendant | : | |
| | : | |

### NOTICE OF DISMISSAL

This constitutes Notice pursuant to Fed.R.Civ.P. 41(a)(1)(i) of the voluntary dismissal, **without** prejudice, of the above-captioned action asserted against John Doe (68.39.180.247 2003-12-06 13:47:41).

/s/ Vincent V. Carissimi
Vincent V. Carissimi
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4351

Dated: February 11, 2005                     Attorneys for Plaintiffs