IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                                :

BMG MUSIC, et. al.                :        Civil Action No.
      Plaintiffs,                    :        04-0650
         v.                           :
JOHN DOE,                      :
      Defendant.                 :
_____

## NOTICE OF APPEARANCE

Kindly enter the appearance of Mary Catherine Roper as additional counsel for amici curiae ACLU of Pennsylvania, American Civil Liberties Union, Electronic Frontier Foundation and Public Citizen in this action:

        Mary Catherine Roper
        American Civil Liberties Union of Pennsylvania
        P.O. Box 1161
        Philadelphia, PA 19105
        v: 215.592.1513 ext. 116
        f: 215.592.1343
        mroper@aclupa.org

        Respectfully,

Dated:  March 22, 2005.        /s/ Mary Catherine Roper

        Mary Catherine Roper
        Attorney ID No. 71107
        American Civil Liberties Union of Pennsylvania
        P.O. Box 1161
        Philadelphia, PA 19105
        v: 215.592.1513 ext. 116
        f: 215.592.1343
        mroper@aclupa.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am this day serving the foregoing document upon the persons and in the manner indicated below:

<u>By electronic means:</u>

Vincent Carissimi
Pepper Hamilton
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103


Dated:  March 22, 2005.             <u>/s/ Mary Catherine Roper         </u>